FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 JUL -9 PM 12: 03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BY _____ DEPUTY

| | |
|---|---|
| Sabrina L. Goodman | ) |
| 628 N. Eutaw Street | ) |
| Baltimore, Maryland 21201 | ) |
| *Plaintiff* | ) Case No. **ELH12CV2027** |
| vs | ) |
| STUDENT OUTREACH SOLUTIONS | ) |
| 11501 North Lake Drive | ) |
| Cincinnati, OH 45249 | ) Judge _____ |
| *Defendant* | ) |
| | ) Trial by Jury Demanded |

## ORIGINAL COMPLAINT FOR VIOLATIONS OF THE FCRA

### JURISDICTION

1. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p and 15 U.S.C. § 1692k.

2. All conditions precedent to the brining of this action has been performed.

### PARTIES

3. The Plaintiff in this lawsuit is Sabrina L. Goodman (hereinafter "Plaintiff"), a natural person, who resides in Baltimore, Maryland.

4. The Defendant in this lawsuit is STUDENT OUTREACH SOLUTIONS (hereinafter "SOS") a corporation with offices at 11501 North Lake Drive Cincinnati, OH 45249.

### VENUE

5. The occurrences which give rise to this action occurred in Baltimore, Maryland and Plaintiff resides in Baltimore, Maryland.

6. Venue is proper in the District Court of Maryland pursuant to 28 U.S.C. § 1391b.

## GENERAL ALLEGATIONS

7. Plaintiff obtained her consumer credit reports from the three major credit reporting agencies and discovered entries by entities that she was unfamiliar within the reports.

8. Plaintiff determined that her consumer credit report had been obtained on various occasions by various entities she did not recognize and without her consent.

9. Plaintiff determined after examination of her Trans Union consumer report that SOS had obtained Plaintiff's Trans Union consumer credit report on February 15, 2011 without permissible purpose.

10. Plaintiff sent a Notice of Intent to Sue to SOS regarding their action of obtaining Plaintiff's consumer credit report with no permissible purpose. Said notice was sent by certified mail # 70102780000247794389 and received on April 24, 2012 according to USPS records.

11. Discovery of violations brought forth herein occurred in February 2012 and are within the statute of limitations as defined in FCRA, 15 U.S.C. § 1681p.

### Count I

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT STUDENT OUTREACH SOLUTIONS

12. Paragraphs 1 through 11 are realleged as though fully set forth herein.

13. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

14. Trans Union is a credit reporting agency within the meaning of the FCRA, 15 U.S.C. §1681a(f).

15. Consumer credit report is a consumer report within the meaning of the FCRA, 15 U.S.C. § 1681a(d).

Complaint for Violation of FCRA
Sabrina L. Goodman | 628 N. Eutaw Street Baltimore, Maryland 21201 | 443-848-1919 | Sabrina-goodman@live.com

2

16. The FCRA, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report.

17. Such permissible purposes as defined by 15 U.S.C. § 1681b are generally, if the consumer makes an application for credit, makes an application for employment, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

18. Plaintiff has never had any business dealings or any account with, made application for credit from, made application for employment with, applied for insurance from, or received a bona fide offer of credit from SOS.

19. At no time did Plaintiff give her consent for SOS to acquire her consumer credit report from any reporting agency.

20. On February 15, 2011 SOS obtained the Trans Union consumer credit report of the Plaintiff with no permissible purpose or Plaintiff's consent was a willful violation of the FCRA 15 U.S.C. §1681b.

21. The actions of SOS in obtaining the consumer credit report of the Plaintiff with no permissible purpose or Plaintiff's consent was a willful violation of FCRA, 15 U.S.C. §1681b and an egregious violation of Plaintiff's right to privacy.

>**WHEREFORE**, Plaintiff demands judgment for damages against Defendant, STUDENT OUTREACH SOLUTIONS for statutory damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

Complaint for Violation of FCRA
Sabrina L. Goodman | 628 N. Eutaw Street Baltimore, Maryland 21201 | 443-848-1919 | Sabrina-goodman@live.com

3

## Count II
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 NEGLIGENT NON-COMPLIANCE BY DEFENDANT STUDENT OUTREACH SOLUTIONS

22. Paragraphs 1 through 21 are realleged as though fully set forth herein.

23. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

24. Trans Union is a credit reporting agency within the meaning of the FCRA, 15 U.S.C. §1681a(f).

25. Consumer credit report is a consumer report within the meaning of the FCRA, 15 U.S.C. § 1681a(d).

26. The FCRA, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report.

27. Such permissible purposes as defined by 15 U.S.C. § 1681b are generally, if the consumer makes an application for credit, makes an application for employment, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

28. Plaintiff has never had any business dealings or any account with, made application for credit from, made application for employment with, applied for insurance from, or received a bona fide offer of credit from SOS.

29. At no time did Plaintiff give her consent for SOS to acquire her consumer credit report from any reporting agency.

Complaint for Violation of FCRA
Sabrina L. Goodman | 628 N. Eutaw Street Baltimore, Maryland 21201 | 443-848-1919 | Sabrina-goodman@live.com

4

30. On February 15, 2011 SOS obtained the Trans Union consumer credit report of the Plaintiff with no permissible purpose or the Plaintiff's consent was a negligent violation of the FCRA 15 U.S.C. §1681b.

31. The actions of SOS in obtaining the consumer credit report of the Plaintiff with no permissible purpose or Plaintiff's consent was a negligent violation of FCRA, 15 U.S.C. §1681b and an egregious violation of Plaintiff's right to privacy.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant, STUDENT OUTREACH SOLUTIONS for statutory damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681o.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Date: 7/9/12

Respectfully submitted

Sabrina L. Goodman
628 N. Eutaw Street
Baltimore, Maryland 21201
(443) 848-1919
sabrina-goodman@live.com

Service To:
STUDENT OUTREACH SOLUTIONS
11501 North Lake Drive
Cincinnati, OH 45249

Complaint for Violation of FCRA
Sabrina L. Goodman | 628 N. Eutaw Street Baltimore, Maryland 21201 | 443-848-1919 | Sabrina-goodman@live.com

5