**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SABRINA L. GOODMAN | * | |
| Plaintiff | * | |
| v | * | Civil Action No. ELH-12-2027 |
| STUDENT OUTREACH SOLUTIONS | * | |
| Defendant | * | |
| | *** | |

# O R D E R

Sabrina Goodman, who is self-represented, filed a complaint as well as a motion and affidavit in support of her request for leave to proceed in forma pauperis. ECF No. 2. Because plaintiff appears indigent, the motion shall be granted. The action shall proceed for an answer.

In light of plaintiff's indigent status, the United States Marshal shall effectuate service of process on defendant. *See* Fed. R. Civ. P. 4(c)(2). However, it does not appear that plaintiff has furnished a U.S. Marshal service of process form for the named defendant. The Clerk shall mail one copy of the Marshal form to plaintiff, who must complete and return it to the Clerk within twenty-one (21) days from the date of this order.[1] Failure to comply with this order may result in dismissal without prejudice of plaintiff's complaint. Once the form is received, the Clerk and the U.S. Marshal are directed to take all necessary steps to effectuate service of process.

Accordingly, it is this <u>12th</u> day of July 2012, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk SHALL MAIL a copy of this order and one copy of the U.S. Marshal service of process form to plaintiff;

---

[1] Plaintiff may contact the office of the State Department of Assessments and Taxation at http://www.dat.state.md.us/sdatweb/charter.html#other or (410) 767-1330 to obtain the name and service address for the resident agent of defendant.

2. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) IS GRANTED;

3. Plaintiff IS GRANTED TWENTY-ONE (21) days from the date of this order in which to complete the U.S. Marshal form(s) and return it to the Clerk. Failure to return the completed U.S. Marshal form in a timely and complete manner may result in the dismissal of this case without prejudice and without further notice from the court;

4. Upon receipt of the U.S. Marshal form, the Clerk IS DIRECTED to issue summons complaint, and the U.S. Marshal form and a COPY OF THIS ORDER to the U.S. Marshal; and

5. The U.S. Marshal IS DIRECTED to effectuate service of process on defendant at the address provided by plaintiff. If the U.S. Marshal uses U.S. Postal Service delivery to effectuate service on defendant, it shall do so by RESTRICTED DELIVERY, CERTIFIED MAIL.

/s/
Ellen L. Hollander
United States District Judge