**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 SEP -5 PM 1: 40
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Sabrina L. Goodman | 1:12-cv-02027-ELH |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Student Outreach Solutions | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Student Outreach Solutions
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
11501 North Lake Drive, Cincinnati, OH 45249

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Sabrina L. Goodman
328 N. Eutaw Street, Apt 304
Baltimore, MD 21201

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

RECEIVED U.S. MARSHALS BALTIMORE 12 JUL 24

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 443-848-1919
DATE: 7/23/12

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 31
District to Serve No. 31
Signature of Authorized USMS Deputy or Clerk
Date: 07/24/12

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*
Date: 8/16/12
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | $0.00 |

REMARKS: Mailed certified, return receipt 7011 2970 0004 1087 2876 service was accepted on 08/16/2012.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STUDENT OUTREACH SOLUTIONS
11501 NORTH LAKE DRIVE
CINCINNATI, OH. 45249
ELH-12-2027     KMM

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Steve Brown     ☒ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 09/16/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7011 2970 0004 1087 2876

PS Form 3811     102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Postmark Here

7011 2970 0004 1087 2876

Sent To: STUDENT OUTREACH SOLUTIONS
Street, Apt. No. or PO Box No: 11501 NORTH LAKE DRIVE
City, State, Zip: CINCINNATI, OH. 45249
ELH-12-2027     KMM

PS Form 3800