IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SABRINA L. GOODMAN, <br>    *Plaintiff*, <br><br> v. <br><br> STUDENT OUTREACH SOLUTIONS, <br>    *Defendant*. | Civil Action No. ELH-12-2027 |

**ORDER**

On July 9, 2012, Sabrina L. Goodman, the self-represented plaintiff, filed a complaint (ECF 1) against Student Outreach Solutions, defendant, alleging willful and negligent violations of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* A summons was issued (ECF 4), and the docket reflects that the United States Marshals Service served the defendant via certified mail with the summons and a copy of the complaint on August 16, 2012 (ECF 5). Defendant has not filed a response to the complaint, and the time for it to do so has expired. *See* Fed. R. Civ. P. 12(a)(1)(A).

Plaintiff has filed a "Motion for Default Judgment" ("Motion") (ECF 6). In light of plaintiff's self-represented status, the Court construes the Motion as one for entry of default and for default judgment. *See* Fed. R. Civ. P. 55(a)-(b). Accordingly, it is, this 2nd day of November, 2012, by the United States District Court for the District of Maryland, ORDERED:

1. The Clerk is directed to review the docket and, if warranted, ENTER AN ORDER OF DEFAULT against defendant Student Outreach Solutions;

2. By separate order, the Court will refer this case to a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for the purpose of conducting such further proceedings as are necessary to issue a report and recommendation as to the Motion (ECF 6), construed as a Motion for Default Judgment; and

3. The Clerk is directed to TRANSMIT a copy of this Order to the self-represented plaintiff and to defendant at the address reflected in the return of service (ECF 5).

                                             /s/
                                    Ellen Lipton Hollander
                                    United States District Judge