# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SABRINA L. GOODMAN**  Plaintiff | * | |
| v. | * | Civil No.:   ELH-12-2027 |
| **STUDENT OUTREACH SOLUTIONS**  Defendant | * | |
| | ****** | |

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of Sabrina L. Goodman that the summons and Complaint were properly served upon the above named Defendant on <u>August 16, 2012</u>, and that the time for said Defendant to plead or otherwise defend expired on <u>September 6, 2012</u>, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this   5th   day of   November, 20 12  .

                                                       FELICIA C. CANNON, CLERK


                                  By:   /S/
                                        Katina Tyson, Deputy Clerk